# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Susan Mullin,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Scottsdale Healthcare Corporation Long Term Disability Plan, et al.,<br><br>　　　　　　Defendants. | No. CV-15-01547-PHX-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Stipulation of Dismissal with Prejudice. (Doc. 95.) For good cause shown,

　　　**IT IS ORDERED** that the above-captioned lawsuit is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

　　　Dated this 20th day of January, 2017.

Douglas L. Rayes
United States District Judge